# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JAMES S. RICHARDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2169

_____

February 20, 2026

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Andrea Flynn Mogensen of The Law Office of Andrea Flynn Mogensen PA, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.